| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Joseph A. Daniels** | Social Security number or ITIN  xxx−xx−7018 |
| First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 **Jennifer L. Daniels** (Spouse, if filing) | Social Security number or ITIN  xxx−xx−0804 |
| First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | |
| Case number:  **12−14159−JNP** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph A. Daniels                                    Jennifer L. Daniels

2/8/17                                **By the court:**    Jerrold N. Poslusny Jr.
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 12-14159-JNP
Joseph A. Daniels                                                        Chapter 13
Jennifer L. Daniels
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 2                  Date Rcvd: Feb 08, 2017
                              Form ID: 3180W                Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db/jdb         +Joseph A. Daniels,    Jennifer L. Daniels,    32 Bayberry Court,    Deptford, NJ 08096-2914
512784863      +AR Resources,    1777 Sentry Parkway W,    Blue Bell, PA 19422-2206
512784857       Advocare West Deptford Peds,    PO Box 3001,    Voorhees, NJ 08043-0598
512784859       Allied Interstate,    PO Box 361623,    Columbus, OH 43236-1623
512784858      +Allied Interstate,    PO Box 5017,    New York, NY 10163-5017
512784867      +BYL Services,    PO Box 569,    Malvern, PA 19355-0569
512784866       Bennet and DeLoney Law Office,    PO Box 190,    Midvale, UT 84047-0190
512784869       Children Hospital of Philadelphia,    Attn Billing Department,    34th St and Civic Ctr Blvd,
                 Philadelphia, PA 19104
512809312      +Disabatino Physical Therapy,    c/o Williams Assoc,    PO Box 2148,    Wayne NJ 07474-2148
512784872      +Emerg Phy Assoc of S J PC,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3500
512784874     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court:   Focus Receivables Management,     1130 Northchase Parkway Ste 150,
                 Marietta, GA   30067)
512784873      +Financial Recoveries,    200 E Park Drive Ste 100,    Mt Laurel, NJ 08054-1297
512784875       HRRG,   PO Box 5406,    Cincinnati, OH 45273-7942
512784878      +Jay P Joseph DMD,    992 Mantua Pike Suite 304,    Woodbury Heights, NJ 08097-1249
512784879      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
512784880       Lab Corp of America Holdings,    PO Box 2240,    Burlington, NC  27216-2240
512784881      +Michael J Denner MDPA,    17 West Red Bank Ave,    Woodbury, NJ 08096-1630
512784885       NJHESAA,    PO Box 548,    Trenton, NJ 08625-0548
512784882      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
512784883      #Nationwide Recovery Systems,    PO Box 702257,    Dallas, TX  75370-2257
512784886       North Shore Agency Inc,    PO Box 8901,    Westbury, NY  11590-8901
512784887      +Oxford Collection Service,    135 Maxess Road Ste 2A,    Melville, NY 11747-3801
512784893      +RSI,   PO Box 17079,    Wilmington, DE 19850-7079
512784889      +Radiology Assoc of NJ PC,    PO Box 229,    Mt. Laurel, NJ 08054-0229
512784865       Regional Otolaryngology,    PO Box 48158,    Newark, NJ  07101-8358
512784892      +Robert A Sammartino DO,    445 Hurffville Cross Keys Rd Ste B8,    Sewell, NJ 08080-2338
512784899       Santander Consumer USA Inc,    Attn United Recovery Systems,    PO Box 722929,
                 Houston, TX 77272-2929
512784894       South Jersey Heart Group PC,    1 Washington Medical Arts Building,
                 539 Egg Harbor Road, Suite 1,    Sewell, NJ  08080-2371
512784895       Team Pediatric Assoc PA,    PO Box 740021,    Cincinnati, OH  45274-0021
512784896       The CBE Group Inc,    Payment Processing Center,    Box 3251,    Milwaukee, WI  53201-3251
512784898       Underwood Memorial,    Billing Department,    PO Box 711943,    Cincinnati, OH  45271-0001
513088661       Verizon Online,    PO BOX 3243,    Bloomington, IL 61702-3243
513068754      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
512784904      +Zucker Goldberg and Ackerman,    200 Sheffield Street Suite 301,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2017 23:38:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2017 23:38:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512784861       EDI: RMCB.COM Feb 09 2017 01:41:00      AMCA,    PO Box 1235,    Elmsford, NY  10523-0935
512784860      +EDI: GMACFS.COM Feb 09 2017 01:41:00      Ally Financial Inc fka GMAC,    PO Box 130424,
                 Roseville MN 55113-0004
512784864      +EDI: ACCE.COM Feb 09 2017 01:44:00      Asset Acceptance,    PO Box  2036,
                 Warren, MI 48090-2036
512784868       E-mail/Text: clientrep@capitalcollects.com Feb 08 2017 23:39:39      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ  08091-0150
512784870      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 08 2017 23:39:13
                 Comcast Cable,    1 Comcast Center,    Philadelphia, PA 19103-2899
512784871       EDI: CCS.COM Feb 09 2017 01:41:00      Credit Collection Services,    PO Box 55126,
                 Boston, MA 02205-5126
512784876      +EDI: HFC.COM Feb 09 2017 01:50:00      HSBC Auto Loan,    6602 Convoy Court,
                 San Diego, CA 92111-1009
512784877      +EDI: IIC9.COM Feb 09 2017 01:51:00      IC Systems,    PO Box 64378,    St. Paul, MN 55164-0378
513861250      +EDI: AIS.COM Feb 09 2017 01:39:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457,    Midland Funding LLC 77210-4457
513861249       EDI: AIS.COM Feb 09 2017 01:39:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
512784884      +E-mail/Text: egssupportservices@egscorp.com Feb 08 2017 23:38:52      NCO Financial Systems Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
512784888      +EDI: PINNACLE.COM Feb 09 2017 01:53:00      Pinnacle Financial Group,
                 7825 Washington Ave. S Ste 310,    Minneapolis, MN 55439-2424
512784891       EDI: RMCB.COM Feb 09 2017 01:41:00      RMCB,    PO Box 1234,    Elmsford, NY 10523-0934
512784890       EDI: RESURGENT.COM Feb 09 2017 01:49:00      Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
512784897       E-mail/Text: crwkflw@firstdata.com Feb 08 2017 23:39:11      TRS Recovery Services, Inc.,
                 P.O. Box 60022,    City of Industry, CA  91716-0022
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Feb 08, 2017
                              Form ID: 3180W           Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
512784900          E-mail/Text: External.Collections@phoenix.edu Feb 08 2017 23:39:22      University of Phoenix,
                    Corpratate Processing,   PO Box 29887,   Phoenix, AZ  85038-9887
513088658         EDI: VERIZONEAST.COM Feb 09 2017 01:54:00      Verizon,   PO BOX 3037,
                    Bloomington, IL 61702-3037
513088631        +EDI: VERIZONCOMB.COM Feb 09 2017 01:54:00      Verizon,   404 Brock Drive,
                    Bloomington, IL 61701-2654
512784901        +EDI: VERIZONEAST.COM Feb 09 2017 01:54:00      Verizon,   500 Technology Drive Ste 300,
                    Weldon Springs, MO 63304-2225
515608675        +EDI: WFFC.COM Feb 09 2017 01:46:00      Wells Fargo Bank, N.A.,
                    Attention: Bankruptcy Department,   MAC# D3347-014,   3476 Stateview Blvd.,
                    Fort Mill, SC 29715-7203
512784902        +EDI: WFFC.COM Feb 09 2017 01:46:00      WellsFargo Home Mortgage,   PO Box 10335,
                    Des Moines, IA 50306-0335
512784903        +E-mail/Text: collect@williamsalexander.com Feb 08 2017 23:38:20
                    Williams Alexander and Assocs,   1479 Route 23 South,   Wayne, NJ 07470-7507
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513862507*       +Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                    Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513862509*       +Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                    Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513862506*        Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                    Houston, TX  77210-4457
513862508*        Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                    Houston, TX  77210-4457
512784862        ##+Apex Asset Management,   1891 Santa Barbara Dr Ste 204,   Lancaster, PA 17601-4106
                                                                                               TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              Steven N. Taieb    on behalf of Joint Debtor Jennifer L. Daniels staieb@comcast.net
              Steven N. Taieb    on behalf of Debtor Joseph A. Daniels staieb@comcast.net
                                                                                             TOTAL: 8
```